■ ANNE DEALMEIDA, Respondent, v SLOAN'S SUPERMAR-KETS, INC., Appellant. [610 NYS2d 776] —Order of the Supreme Court, New York County (Stephen G. Crane, J.), entered on or about February 4, 1993, unanimously affirmed for the reasons stated by Crane, J., with costs and disbursements. No opinion. Concur—Ellerin, J. P., Wallach, Kupferman, Rubin and Williams, JJ.